**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FORTUNATA MORALES LOPEZ, et al.

      Plaintiffs,

v.

PIASSA, INC., et al.

      Defendants.

Case No. 17-cv-00230-APM

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, the parties hereby stipulate to the dismissal of this action against the remaining Defendants (Piassa, Inc. and Yodit Egizeabhir), each party to bear its own costs.

Date: September 20, 2017

Respectfully submitted,

/s/ Justin Zelikovitz, Esq.
Justin Zelikovitz, #986001
DCWAGELAW
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiffs*

/s/ Workneh Churnet
Workneh Churnet, #974538
LAW OFFICE OF WORKNEH CHURNET
1629 K Street NW
Suite 300
Washington, DC 20006
Phone: (202) 907-8829
Fax: (202) 331-3759
wchurnet@yahoo.com

*Counsel for Defendants*